## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LARRY JOE DAVIS, JR., an individual,

    Plaintiff,

v.                                           Case No.:   8:10-CV-2352-T27 TBM

AVVO, INC., a Washington corporation
d/b/a Avvo.com,

    Defendant.

_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

       Defendant Avvo, Inc. ("Avvo"), hereby files its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

       Avvo is a nongovernmental corporate party.  Avvo has no parent corporation, and there is no publicly held corporation that owns 10% or more of Avvo's stock.

                                Respectfully submitted,

                                THOMAS & LOCICERO PL

                                /s/ Susan Tillotson Bunch
                                Gregg D. Thomas
                                 Florida Bar No. 223913
                                Susan Tillotson Bunch
                                 Florida Bar No. 869562
                                Paul R. McAdoo
                                 Florida Bar No. 0036219
                                400 N. Ashley Drive, Suite 1100
                                Tampa, FL  33602
                                Tel: (813) 984-3060
                                Fax: (813) 984-3070
                                gthomas@tlolawfirm.com
                                sbunch@tlolawfirm.com
                                pmcadoo@tlolawfirm.com

                                Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that a true and correct copy of the foregoing is being

electronically filed and will be furnished via CM/ECF to L. Joe Davis, Jr., Esq., 155 5th Avenue

North, St. Petersburg, FL 33701 on this 24th day of November, 2010.


_/s/ Susan Tillotson Bunch_____
Attorney